THE STATE OF KANSAS v. CHARLES HEITMAN.

No. 13,714.      (75 Pac. 1131.)

Appeal from Shawnee district court; Z. T. HAZEN, judge. Opinion filed February 6, 1904. Affirmed.

*C. C. Coleman,* attorney-general, *W. I. Jamison,* and *J. R. McNary,* for The State.

*C. A. Magaw,* for appellant.

*Per Curiam:* This is an appeal from a conviction for a violation of the prohibitory-liquor law. We have given attention to the points of error raised by counsel for the appellant and find in them nothing requiring a reversal of the judgment.

The judgment of the court below will be affirmed.